## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRIAN SKIBYAK, <br><br>     Plaintiff, <br> vs. <br><br> Equifax Information Services LLC, et al., <br><br>     Defendants. | Case No. 3:24-cv-263 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC, **ONLY**, by and through his undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC, **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 07/08/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@FieldsLaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

/s/ *Jonathan A. Heeps*

1

Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: 07/08/2024                          **McGuireWoods LLP**

/s/ Andrew N. Bernardini
**Andrew N. Bernardini**
NC Bar No. 29107 (and admitted to practice
In the USDC, NDTX)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
T: (704) 373-4616
F: (704) 373-8824
abernardini@mcguirewoods.com

*Counsel for Defendant*

2